✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.    3:18-cr-00046 (CAR) |
| **PEGGY BENTLEY** | |

On May 11, 2021, the above-named defendant was sentenced to 100 months imprisonment and 3 years of supervised release for the offense of Possession with Intent to Distribute Methamphetamine. The defendant commenced her term of supervised release on October 4, 2023.

On October 30, 2025, Bentley filed a Pro Se Motion for Early Termination of Supervised Release. In considering the motion, the Court has carefully examined the factors enumerated at 18 U.S.C. §3583 and has made an individualized assessment. The Court has considered the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide continued monitoring to deter criminal conduct. The Court recognizes Bentley's progressive strides towards supervision objectives. The Court also recognizes that the defendant has a prior federal drug conviction of a similar nature and held a leading role in the commission of the instant offense.

Accordingly, the motion for early termination of supervised release is DENIED.

SO ORDERED this **3** day of **Feb**, 2026.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE